# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

November 25, 2019

**VIA ECF**

Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

Re: *United States v. Albert Atkins*, 19-cr-279(NRB)

Dear Judge Buchwald:

I have been appointed by the Court to serve as CJA counsel for Albert Atkins in above matter. I write to request a short adjournment of the conference presently scheduled for December 4, 2019 at 4:00pm. Last week, the Court in *Pusepa v. Annucci*, 17-cv-7954(RA)(OTW) scheduled oral arguments at a conflicting time. As such, I respectfully request that the conference in this matter be adjourned and rescheduled to 3:15pm on December 5, 2019. This is the first such request. The Government consents to this request. Additionally, the Government requested to exclude time to the adjourned date, and the defense consents to that exclusion.

*Application granted. Naomi Reice Buchwald, USDJ 11/26/19*

I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc: AUSA Ni Qian (via ECF)