

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2019

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Albert Atkins*, 19 Cr. 279 (NRB)

Dear Judge Buchwald,

The Government writes respectfully to seek, with the consent of the defendant, a two-week adjournment of the status conference scheduled for December 5, 2019 at 3:15 p.m. The Government is currently engaged in active discussions with defense counsel regarding a pretrial disposition, and we do not believe that we will have a substantive update for the Court by tomorrow. Accordingly, we seek a short adjournment with the expectation that we will be able to provide the Court with an update in two weeks.

The Government also moves to exclude time between now and the newly scheduled conference date so that the parties can continue to engage in discussions regarding a pretrial disposition.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364

*[Handwritten annotation:]* The conference is adjourned until December 23, 2019 at 3 p.m. Speedy trial time excluded.
Naomi Reice Buchwald, USDJ
12/5/19