# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

March 30, 2020

```
Application granted without prejudice to a
further adjournment as external circumstances
dictate.
```

**VIA ECF**

Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2020

Re:   *United States v. Albert Atkins*, 19-cr-279(NRB)

Dear Judge Buchwald:

    I represent Albert Atkins with respect to the above captioned matter. I write to respectfully request a 30-day adjournment of sentencing currently scheduled for April 16, 2020 at 2:45PM. The Government consents to this request. This is the first such request. The COVID-19 pandemic has curtailed and delayed the collection of materials related to sentencing. For this reason, I respectfully request a 30-day extension of sentencing.

    I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc:   AUSA Ni Qian (via ECF)