# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

May 12, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application granted.  Sentencing scheduled
> for July 14, 2020 at 12:30pm.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:  May 13, 2020

Re:   *United States v. Albert Atkins*, 19-cr-279(NRB)

Dear Judge Buchwald:

    I represent Albert Atkins with respect to the above captioned matter. I write to respectfully request another adjournment of sentencing. The Government consents to this request. This is the second such request. The Court previously granted an adjournment without prejudice to further adjournments as external circumstances dictate. The COVID-19 pandemic has continued to curtail and delay the collection of materials related to sentencing. For this reason, I respectfully request another 60-day adjournment of sentencing.

    I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc:   AUSA Ni Qian (via ECF)