# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

July 1, 2020

<u>VIA ECF</u>

Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Albert Atkins</u>, 19-cr-279(NRB)

Dear Judge Buchwald:

    I represent Albert Atkins with respect to the above captioned matter. I write to respectfully request another adjournment of sentencing. The Government consents to this request. This is the third such request. The Court previously granted an adjournment without prejudice to further adjournments as external circumstances dictate. The COVID-19 pandemic has continued to curtail and delay the collection of materials related to sentencing. Additionally, my client and his family plan to attend the sentencing but cannot do so now because of the pandemic. For this reason, I respectfully request another 60-day adjournment of sentencing.

    I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc:   All counsel (via ECF)

```
So ordered.  Sentencing
adjourned for September 15,
2020 at 11:15am.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Date: July 2, 2020
```