# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

September 21, 2020

<u>VIA ECF</u>

Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Albert Atkins</u>, 19-cr-279(NRB)

Dear Judge Buchwald:

    I represent Albert Atkins with respect to the above captioned matter. I write to request Mr. Atkins pretrial release conditions be modified to remove the conditions of home detention and electronic monitoring. The Government and Pretrial Services do not oppose this request. The reason for this request is Mr. Atkin's recent job promotion at the GAP warehouse to a managerial position where he is working long hours, as well as compliance with Pretrial since his release in July 2019.

    I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc:   All counsel (via ECF)

```
                            Application granted.

                            SO ORDERED.


                            NAOMI REICE BUCHWALD
                            UNITED STATES DISTRICT JUDGE
                            Dated:   New York, NY
                                     September 22, 2020
```