UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>ALBERT ATKINS,<br>    a/k/a "Little Bill,"<br>    a/k/a "Bill Blast,"<br>    a/k/a "Billz,"<br><br>                    Defendant. | **Order of Restitution**<br><br>**19 Cr. 279 (NRB)** |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Danielle M. Kudla, Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Counts One of the above-referenced Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ALBERT ATKINS a/k/a "Little Bill, a/k/a "Bill Blast", a/k/a "Billz", (the "Defendant"), shall pay restitution in the total amount of $28,348.22 to the victim of the offense charged in Count One. The name, address, and amount owing to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** The defendant's liability for restitution shall be joint and several with that of Tyson Burnett, who has been convicted in S1 19 Cr. 7 (CM). The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount

of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and Albert Atkins.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

April 14, 2021

HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE