```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA

          - against -                           ORDER

ALBERT ATKINS,                              19 Cr. 279 (NRB)

               Defendant.
------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on June 4, 2024, the Probation Department filed a report informing the Court of eleven alleged violations of defendant's supervised release;

WHEREAS, the parties appeared in Court on those charges on June 18, 2024;

WHEREAS, the parties agreed to modify the terms of defendant's supervised release conditions as follows; it is hereby

**ORDERED** that the terms of defendant's supervised release will include home detention (which permits visitation with his daughter) using electronic monitoring with technology as directed by the Probation Department; it is further

**ORDERED** that as part of his supervised release, defendant receive substance abuse treatment, which may include inpatient treatment; and it is further

**ORDERED** that the parties appear for a conference on September 10, 2024 at 11:30 A.M.


Dated:    New York, New York
          June 20, 2024

                                        _____
                                           NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE