

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 6, 2024

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Albert Atkins*, 19 Cr. 279 (NRB)

Dear Judge Buchwald:

The Government submits this letter with the consent of defense counsel and the United States Probation Office ("Probation"), to respectfully request an adjournment of the violation of supervised release ("VOSR") conference currently scheduled for September 10, 2024, in the above-captioned matter. The Government understands that the defendant's criminal case in Ulster, New York remains pending, with the next court date scheduled for September 11, 2024. Because this state criminal case, which involves the conduct underlying most of the violations alleged by Probation in the violation report dated June 4, 2024, will affect any resolution of the VOSR, the Government requests that the VOSR conference be adjourned for 60 days until November 11, 2024.

Application endorsed.  The VOSR conference will be adjourned until Tuesday November 12, 2024 at 11:30 A.M.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2024
       New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Varun Gumaste
Ni Qian
Assistant United States Attorneys
(212) 637-1023/2364

cc:   Daniel McGuinness, Counsel to the Defendant (by ECF)